IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darren Simmons, #182509, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>William R. Byars, Jr. et al., sued in their )<br>individual capacity, )<br>)<br>Defendants. )<br>_____ ) | No. 5:13-cv-2754-RMG<br><br><br>**ORDER** |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge recommending that Plaintiff's motion for declaratory judgment and/or motion for temporary restraining order, (Dkt. No. 17), and Plaintiff's motion for a temporary restraining order, (Dkt. No. 84), be denied. (Dkt. No. 119). As set forth below, the Court agrees with and adopts the R&R as the order of the Court.

## Background

Plaintiff, a state prisoner proceeding pro se, filed this action asserting various violations of his rights by prison officials and employees. Subsequently, Plaintiff filed a motion for declaratory judgment and/or motion for temporary restraining order, (Dkt. No. 17), and a second motion for a temporary restraining order, (Dkt. No. 84). Defendants filed responses opposing the motions. (Dkt. Nos. 89, 93, 103, 104). The Magistrate Judge then issued the present R&R recommending the Court deny Plaintiff's motions. (Dkt. No. 119). Plaintiff did not file timely objections to the R&R.

## Legal Standard

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with

1

this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R&R to which specific objection is made. Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

## Discussion

After review of the record and the R&R and finding no clear error on the face of the record, the Court agrees with and adopts the R&R as the order of the Court. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005). The Court agrees Plaintiff has failed to satisfy the heavy burden required to obtain injunctive relief.

## Conclusion

As set forth above, the Court agrees with and adopts the R&R as the order of the Court. (Dkt. No. 119). Accordingly, Plaintiff's motion for declaratory judgment and/or motion for temporary restraining order, (Dkt. No. 17), and motion for a temporary restraining order, (Dkt. No. 84), are denied.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

May 12, 2014
Charleston, South Carolina