UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Darren Simmons, | ) | C/A No. 5:13-cv-02754-RMG-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| William R. Byars, Jr., Corporal Marvin Bryant, Off Derrick Ford, Lt Richard Jenkins, Nurse Alicia Thompson, Dr. Thomas E. Bryne, Warden John R. Pate, Ann Hallman, Major Walter Worick, IGC Ms Pam Smith, Pamela C Derrick, John Tomarchio, Officer Frazier, A/W Randell Williams, Officer Ms Sgt Rivers Smith, Correctional Officer Mr Felder, Officer Mr Davis, Officer Ms Drayton, Lt Jenkins, Sgt Cohen, Ms Verlenda Henderson, Ms E Delaney, Ms Archie, Sgt A DeLoach, | ) | |
| Defendants. | ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. On August 14, 2014, Defendants William R. Byars, Jr.; Corporal Marvin Bryant; Officer Derrick Ford; Lt. Richard Jenkins, SMU; Warden John R. Pate; Ann Hallman, Chief Grievance; Major Walter Worrick; IGC Ms. Pam Smith; Officer Frazier; A/W Randell Williams; Sgt. Rivers Smith; C/O Mr. Felder; Officer Mr. Davis; Officer Ms. Drayton; Lt. Jenkins; and Sgt. Cohen filed a Motion for Summary Judgment. ECF No. 181. Because Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of such motions and of the need for him to file adequate responses.

ECF No. 182. Plaintiff was specifically advised that if he failed to respond adequately, the Defendants' Motion may be granted, thereby ending this case against them.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the Motion. As such, it appears to the court that he does not oppose the Motion and wishes to abandon this action against these Defendants. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' Motion for Summary Judgment by **October 31, 2014**. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice against Defendants William R. Byars, Jr.; Corporal Marvin Bryant; Officer Derrick Ford; Lt. Richard Jenkins, SMU; Warden John R. Pate; Ann Hallman, Chief Grievance; Major Walter Worrick; IGC Ms. Pam Smith; Officer Frazier; A/W Randell Williams; Sgt. Rivers Smith; C/O Mr. Felder; Officer Mr. Davis; Officer Ms. Drayton; Lt. Jenkins; and Sgt. Cohen, for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

October 2, 2014                                    Kaymani D. West
Florence, South Carolina                    United States Magistrate Judge